Michael D. Stein (State Bar No. 132540)
Linda J. Kim (State Bar No. 181122)
TISDALE & NICHOLSON, LLP
2029 Century Park East, Suite 1040
Los Angeles, CA 90067
Telephone: (310) 286-1260
Facsimile: (310) 286-2351
Email: mstein@t-nlaw.com
       lkim@t-nlaw.com

David B. Golubchik (State Bar No. 185520)
Jeffrey S. Kwong (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL, LLP
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com
       JSK@LNBYB.com

Attorneys for Plaintiff, Debtor and Debtor in Possession
Liberty Asset Management Corporation

**FILED & ENTERED**

**FEB 20 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>　　　　Debtor and Debtor in Possession.<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>STEVEN TSANG, an individual, *et al*,<br><br>　　　　Defendants. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>Adv. Proc. No. 2:17-ap-01317-ER<br><br>**JUDGMENT ON STIPULATION**<br><br>**[DEFENDANT HIEU TAI TRAN]** |

PURSUANT TO that certain Stipulation for Entry of Judgment [Docket No. 64] by and between Plaintiff Liberty Asset Management Corporation, on the one hand, and Defendant Hieu Tai Tran, on the other hand, (collectively, the "Parties"):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Plaintiff Liberty Asset Management Corporation is the sole owner of the ten million (10,000,000) shares of common stock in California International Bank, N.A. ("CIB"), formerly known as Saigon National Bank, that are or at one time were represented by share certificates numbered 1783, 1784, 1785, 1795, 1796, 1797 and 1986 (the "Tsang Shares") and of the ten million (10,000,000) shares of common stock in CIB that are or at one time were represented by a share certificate numbered 1996 (the "Gao Shares") and possesses all interests and rights, including ownership and control, in and to the Tsang Shares and the Gao Shares as of no later than September 13, 2016.

2. The foregoing title is quieted in favor of Plaintiff Liberty Asset Management Corporation against any and all claims of every kind, character and description that Defendant Hieu Tai Tran has and may have in the Tsang Shares and the Gao Shares.

###

Date: February 20, 2018

Ernest M. Robles
United States Bankruptcy Judge

- 1 -